IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK BOWERS** | : | CIVIL ACTION |
|     Petitioner | : | |
| v. | : | |
| | : | NO.. 2:13-cv-05550-BMS |
| **MICHAEL WENEROWICZ, et al.** | : | |
|     Respondents | : | (Habeas Corpus) |

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT
OF PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS**

    Petitioner, Malik Bowers, by his attorney Barnaby C. Wittels, Esquire, respectfully moves the Court for an order granting him an additional 60 days to file a memorandum in support of his Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, for the following reasons:

    1. Petitioner has filed contemporaneously with this motion a timely, first petition under 28 U.S.C. § 2254 for a writ of habeas corpus.

    2. Petitioner has just recently completed state court exhaustion of his grounds for relief, with the final order of the Supreme Court of Pennsylvania denying allowance of appeal on his PCRA appeal on September 12, 2013.

    3. For the reasons recited in the Petition, pp. 17-18, there remained as of September 12, 2013 only 19 days on the AEDPA statute of limitations for this first habeas.

    4. Because of this very short filing window – and given counsel's pre-existing briefing obligations and other commitments – it has not been possible to complete the preparation of a memorandum of law to file simultaneously with the Petition.

    5. The interests of justice will be best served by an adequate briefing of Petitioner's grounds for relief, and brief extension of time requested will not prejudice the respondents or unduly delay

these proceedings.

WHEREFORE, Petitioner respectfully requests that the Honorable Court grant an additional 60 days to file a memorandum of law in support of his Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus.

/s/bcw 2379
BARNABY C. WITTELS, ESQUIRE
Attorney for Petitioner, Malik Bowers
LaCheen Wittels & Greenberg LLP
1429 Walnut Street, Suite 1301
Philadelphia, PA 19102
215-735-5900 (voice)
215-561-1860 (fax)
barnabyw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK BOWERS** | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | NO. 2:13-cv-05550-BMS |
| **MICHAEL WENEROWICZ, et al.** | : | |
| Respondents | : | (Habeas Corpus) |

### CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the within Motion for Extension of Time to File Memorandum in Support of Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus, upon the following person at the address indicated below, by first class mail:

Thomas Dolgenos, Esquire
Chief, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
215-686-5703


Dated: September 24, 2013            /s/bcw2379
                                     BARNABY C. WITTELS, ESQUIRE
                                     Attorney for Petitioner, Malik Bowers
                                     LaCheen Wittels & Greenberg LLP
                                     1429 Walnut Street, Suite 1301
                                     Philadelphia, PA 19102
                                     215-735-5900 (voice)
                                     215-561-1860 (fax)
                                     barnabyw@aol.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK BOWERS** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| v. | : | |
| | : | NO. |
| **MICHAEL WENEROWICZ, et al.** | : | |
| **Respondents** | : | (Habeas Corpus) |

## ORDER

AND NOW, this _____ day of _____, 2013, upon consideration of Petitioner's Motion for Extension of Time to File Memorandum in Support of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, it is hereby ORDERED that said motion is GRANTED. Petitioner may file a brief in support of the Petition within 60 days of the date of this Order.

BY THE COURT:

_____
, J.